IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jose Armando Andrade Romero, et al.** | * | |
|     **Plaintiffs** | * | |
| v. | * | Case No.: 18-cv-00179-EGS |
| **RBS Construction Corp., et al.** | * | |
|     **Defendants** | * | |
| _____/ | | |

**ORDER ON DEFENDANTS'
MOTION TO STRIKE**

AND NOW, this _____ day of _____, 2020, upon consideration of Defendants' Motion to Strike, and any Opposition thereto, it is hereby **ORDERED** that Defendants' Motion to Strike is **GRANTED**; and

It is **FURTHER ORDERED** that Exhibits 1 and 2 of Plaintiffs' Reply in Support of Cross-Motion for Partial Summary Judgment (ECF Nos. 46-1 and 46-2) shall be stricken; and

It is **FURTHER ORDERED** that Plaintiffs' Reply to Defendants' Counter Statement of Facts (ECF No. 47) shall be stricken.

**SO ORDERED.**

By the Court:

_____
Hon. Emmett G. Sullivan
U.S. District Court Judge

cc:    All counsel (*via* ECF)